UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01557-MSK-MEH

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

CONAGRA FOODS, INC.,

        Defendant.

## ORDER APPROVING FINAL ACCOUNTING

THIS MATTER comes before the Court on the Plaintiff Securities and Exchange Commission's Unopposed Supplemental Motion to Approve Final Accounting (Motion) **(#51)** filed April 1, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and the final accounting is hereby APPROVED.

DATED this 9th day of April, 2013.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        Chief United States District Judge